# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

RAHEIM DOLEMAN

*Plaintiff(s)*

v.

Joseph Delong, Administrator, John S. Sheeley for Eastern Regional Jail, Sgt. Bullock, Lt. Tate, Psychiatrist, Jim Oxford, Medical Director, Chad Hott and John Doe

*Defendant(s)*

Civil Action No. 5:17-CV-171

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☒ Other

other:

This action was:

☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED in its entirety; and it is further

ORDERED that the Plaintiff's Complaint is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court; and it is further

ORDERED that Plaintiff has waived his right to seek appellate review of this matter.

Date: February 11, 2019

*CLERK OF COURT*
Cheryl Dean Riley

/s/ S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*